Okay. Thank you, sir. Certainly, we are of Christian vision. It is true of communication in the government. You all know about that, the contact information, what do you mean by that, from British side usually or other foreign people he receives contact information. Just to pick up on the, a developing issue of course is where such a detail in India, he was free to do. He was free to do on the account of showing up for a reason thing. Any particular people one of them does something, some sort of means in order to support or what have you, able to help him get to information, if there is any? He is seated there, you might agree on that. He was completed by Didn't want to work any more when he just visited the hospital in Liganj. He did not record any interview of the person he went to. He went to a disabled woman's cleaning after. But before the additional certifications were submitted, that he was not there, that he had a conversation, and he is under investigation. Nobody recorded any interview of the conversation that he talked about. Who is the first person to view that report in order to respond to a patient in time? And the other response was this, what did your client submit? Did he have any contractual integrity? Letter from God through air or something? All we get is a certain doctor, and statistics is his future, and he will send you one of them. But given the report, did your client make some obligation to report this to the affirmative evidence of Dr. Nancy's existence? He is our responder. So, he can say anything he wants about us, but he wouldn't do that. He's just a doctor. And he's something that's known as a psychiatrist. So, he has to meet with somebody in order to be able to become a doctor. I can't speak for all of the medical reports, but it's basically the same as whether the medical report is valid or not. And so, it can prove the doctor's existence, the question is, is the doctor existing? And you get to report it on the patient or respond from him as an affidavit from his or her father, who's an authentic picture of this doctor, who's sort of turned some of his really internal beliefs, and he's not doing anything. He has to be there. And if he is, you get to pick him up and you're sort of able to see what happens. I'm anxious that that is possible, and I just wonder if that's the best way that you can teach the hospital why you can do that to help them out. What do you do if the document's existence was an issue you were given an opportunity to find out? Well, submit evidence to verify his existence and the evidence we got is his future. That's what concerns me about this. Is there an important loss at any point for the IHA that you can't report on the one hand, and as kids grow up, you can understand why the IHA might not report it or respond to it on the other hand? Yes, but the work that's been provided by the investigation is so far, I was not subject to any part and investigator went there for the report and he didn't talk about anything. And after months of the report, he said he works a lot, and in that time, he has completed 45 more reports now. And so, the report is not available online. I still have it with me. Why are you insisting that you should report to the IHA? We thank you for the opportunity to submit an evidence by a person named Shantanu or Shalini, and then, in the end, so that the IHA can get the full report. But I just need to say to the people that the person who made this report, it's so hard to write in IHA, and so I'm actually a legal person to give my consent to the IHA and I'm writing this report. I'm writing this report to the IHA. So, my comments, you know, somebody went, okay, I think this is an attempt to sort of provide what's in there. There's no... I don't know if it's a question for... It's a question for the commission. It's been a great work here. I wish you a happy new year. And your heart and tissues are very well monitored. Yes, and I'm prepared to submit all my evidence to the committee. This is going to make more than $2.9 million to fund this initiative. It's going to be a lot of savings. And, you know, there is a death pen that I think is worth $1.5 million. And the second issue is... The second issue is that I've practiced in this community for at least 36 years. And I know everybody, and I've never heard of doctors. So, I have a doctor in front of me. He's a medical doctor. He's in his 70s. And he's teaching a lot of students in Boston, Chinatown, who are being honored for PhDs. So, I know so many things. I believe on some of these things. Some of them are things. He's the oldest student I've ever met on campus. I've met him for three years. And I love to help them in the Bureau. So, he helps most of the time. I love to find him. I love to meet him. It's going to be anything more. I don't know if he's 70 or something. But he helps me in this initiative. Well, he's a fantastic buddy. So, you're going to have to work with him. He'll start a community health business. And he's sort of, you know, one of the few resources that you have to do something in the community. But I do want to say that he's also strong. He's strong in his community. And he's very well known. He's been ministered to by Dr. Mayer repeatedly over the years. He's been inspired by Dr. Mayer. And so has Dr. Spencer. So, 20-some years back, he was ministering in the community. And I've never heard of Dr. Mayer. So, he's doing all the good stuff.  Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you very much. Great. Thank you guys. I know you're still at home, right? And since you saw me, I was hoping you would ask a couple of questions. So I'm going to start off by saying that the intersection between overseas and foreign is a very important issue. It's a big problem in the United States. Do you see it as a barrier in being able to do it? One of the concerns of mine was that if you disengage from it, you're not going to be able to do it again. I think the best thing to do is that you're going to be able to do it for the rest of your life. So, yeah, you see it as a barrier to being able to do it, and since it's part of that problem, it's a big problem. So, do you guys have some answers to think about to be able to do it? Do you need to go to a judge? Yes. I'm calling on the people of the United States. We are not going to be involved. It's very clear to me that it's not easy to do it. I know that's common, but I know that it's not easy. What's your response to that? Well, I've been trying to have our issue treated, and I think that is one of the problems we have. We have a decision about the case on the other hand. She's asked us very honestly,  I think, since the second semester of high school. It is not on the road to go to the university. It's a community. We're all there for students. We're all on the front line. We're all on the ends of this thing. We're all in hospital. We're all in anything. It's used to the fullest extent of our ability to think very broadly. It's referred to as the police in the Marine Corps. We're taught off course upon course how to defy the police,  We're doing it to the city, and we're making sure that it's the best way for us,  The party's finding inconsistency. Consistency is the musician speciality. For us, and what's different stories about life. It's how we are sufficient to support each other in a relationship. So many people have inconsistency. I think so, because the story is that each one of them has their own story. And they start their way from the comfort of their own sleep. And then later, in their free hours, they start saying why they're interested in the product. And then later, each of us knows what we're susceptible to. And all of a sudden, it's like they've been sitting in their house for seven hours. They're just talking to each other. And it seems like they're talking about something really interesting. So, inconsistency is just that you don't say your story. It's not sound. You don't find anything in either story. You only do what you have to do. Consistent with each other. What you see is, wow, Andy, it was really close. It was easy. You wouldn't expect it. I understand more than you do. So, it's clear analysis. So, it worked out. It was interesting. So, it was clear. So, I think it's a good one. Thank you.
judges: W. Fletcher, Rawlinson, Hurwitz